**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Francisco RANGEL–PEREZ, also known as Francisco Rangel, also known as Alberto Perez, Defendant–Appellant.**

No. 06–20549
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 6, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Francisco Rangel–Perez raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate crimi-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

nal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Appealing the Judgment in a Criminal Case, Ruben Beltran–Garcia (Beltran) preserves for further review his contention that his sentence is unreasonable because this court's post-*Booker*** rulings have effectively reinstated the mandatory Sentencing Guideline regime condemned in *Booker*. Beltran concedes that his argument is foreclosed by *United States v. Mares*, 402 F.3d 511 (5th Cir.2005), and its progeny, which have outlined this court's methodology for reviewing sentences for reasonableness. Beltran also raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.